## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

ANTHONY WAYNE BARNETT,, JR. AND LISA MARIE BARNETT

Debtor

Bankruptcy Case No. **17–41618–mgd**

CARLOS ALBERTO CAMACHO

Plaintiff

Adversary Proceeding No. **17–04030–mgd**

v.

ANTHONY WAYNE BARNETT,, JR.

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of Georgia
600 East First Street
Room 339 Federal Building, Rome GA 30161–3187

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Carlos Alberto Camacho
2812 Spicewood Ln
Ooltewah, TN 37363

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

10/11/2017

*M. Regina Thomas, Clerk Of Court*

